### 29167. CARMICHAEL *v.* CITY OF JACKSON *et al.*

SUTTON, J. The Supreme Court, and not the Court of Appeals, has jurisdiction of this case. *Carmichael* v. *Jackson*, 193 *Ga.* 553 (19 S. E. 2d, 268).

*Transferred to the Supreme Court. Stephens, P. J., and Felton, J., concur.*

DECIDED APRIL 15, 1942.

*Joel B. Mallet,* for plaintiff in error.

*Claude Christopher, Maddox & Futral, Beck, Goodrich & Beck, C. L. Redman,* contra.